

# Fourth Court of Appeals
## San Antonio, Texas

September 13, 2019

No. 04-19-00443-CV

**ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY**,
Appellant

v.

Peter **REININGER**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-21617
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

The court reporter's second request for an extension of time to file the remainder of the reporter's record is GRANTED. The remainder of the reporter's record is due on September 16, 2019.

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of September, 2019.

Keith E. Hottle,
Clerk of Court